IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01217-WDM-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3927 PLATTE DRIVE, FORT COLLINS, COLORADO,

1700 MOONSTONE CIRCLE, LOVELAND, COLORADO;

397 BLUE AZURITE AVENUE, LOVELAND, COLORADO;

3274 WEST COUNTY ROAD 72, FORT COLLINS, COLORADO;

9424 NORTH COUNTY ROAD 15, FORT COLLINS, COLORADO;

5585 EAST COUNTY ROAD 74, CARR, COLORADO;

$8,213.00 IN UNITED STATES CURRENCY; and

1998 MERCEDES BENZ SL500, VIN WDBFA67F0WF157343,

       Defendants.

**FINAL ORDER OF FORFEITURE**

       THIS MATTER comes before the Court on the United States' Uncontested Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

       THAT the United States commenced this action <u>in rem</u> pursuant to 21 U.S.C. §881;

       THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Countrywide Home Loans and Jeffery T. Browne have reached a settlement in this case, and have filed Expedited Settlement Agreements with the Court resolving all issues in dispute;

THAT with the concurrence of the parties, defendant 3927 Platte Drive, Fort Collins, Colorado, was sold, and the United States Marshal is holding $604.55 in net proceeds to be forfeited in lieu of the real property;

THAT with the concurrence of the parties, defendant 1700 Moonstone Circle, Loveland, Colorado, was sold, and the United States Marshal is holding $404.32 in net proceeds to be forfeited in lieu of the real property;

THAT with the concurrence of the parties, defendant 397 Blue Azurite Avenue, Loveland, Colorado, was sold, and the United States Marshal is holding $26.20 in net proceeds to be forfeited in lieu of the real property;

THAT upon agreement of the parties, defendant 3274 West County Road 72, Fort Collins, Colorado shall be forfeited to the United States, and that upon forfeiture and sale of the property, the United States shall satisfy the outstanding lien of claimant Countrywide Home Loans from and to the extent of the proceeds from sale in accordance with the terms of the parties' settlement agreement;

THAT upon agreement of the parties, defendant 9424 North County Road 15, Fort Collins, Colorado shall be forfeited to the United States, and that upon forfeiture and sale of the property, the United States shall satisfy the outstanding lien of claimant Jeffery T. Browne from and to the extent of the proceeds from sale in accordance with the terms of the parties' settlement agreement;

THAT no claims contesting forfeiture of defendant 5585 East County Road 74, Carr, Colorado were filed as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT no claims contesting forfeiture of defendant $8,213.00 in United States Currency were filed as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT no claims contesting forfeiture of defendant 1998 Mercedes Benz SL500, VIN WDBFA67F0WF157343 were filed as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the following property is hereby entered in favor of the United States:

a. $604.55 in net proceeds from the sale of defendant 3927 Platte Drive, Fort Collins, Colorado,

b. $404.32 in net proceeds from the sale of defendant 1700 Moonstone Circle, Loveland, Colorado;

c. $26.20 in net proceeds from the sale of defendant 397 Blue Azurite Avenue, Loveland, Colorado;

d. 3274 West County Road 72, Fort Collins, Colorado;

e. 9424 North County Road 15, Fort Collins, Colorado;

f. 5585 East County Road 74, Carr, Colorado;

g. $8,213.00 in United States Currency; and

h. 1998 Mercedes Benz SL500, VIN WDBFA67F0WF157343;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Expedited Settlement Agreements;

THAT any and all interest Compass Bank may at one time have had in defendants 3274 West County Road 72, Fort Collins, Colorado and 1998 Mercedes Benz SL500, VIN WDBFA67F0WF157343, is hereby extinguished;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to all of the defendant property; and

THAT the Clerk of Court is directed to enter Judgment as to the forfeited property pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this 26 day of September, 2008.

BY THE COURT:

s/ Walker D. Miller

_____
WALKER D. MILLER
United States District Court Judge